| | |
|---|---|
| 1 | Theresa Mak (State Bar No. 211435) |
| 2 | Amelia L. Sanchez-Moran (State Bar No. 281219) |
|   | Kevin L. Quan (State Bar No. 317798) |
|   | JACKSON LEWIS P.C. |
| 3 | 50 California Street, 9th Floor |
|   | San Francisco, CA 94111 |
| 4 | Telephone  415.394.9400 |
|   | Facsimile:  415.394.9401 |
| 5 | E-mail:  Theresa.Mak@jacksonlewis.com |
|   |         Amelia.Sanchez-Moran@jacksonlewis.com |
| 6 |         Kevin.Quan@jacksonlewis.com |

Attorneys for Defendants
BCFORWARD RAZOR LLC and
BUCHER AND CHRISTIAN CONSULTING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RODRIGUEZ, an individual, on behalf of himself and others similarly situated, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | [28 U.S.C. §§ 1331, 1441, 1446] |
| BCFORWARD RAZOR LLC, an Indiana Limited Liability Company, BUCHER AND CHRISTIAN CONSULTING, INC., an Indiana Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF JESSE RODRIGUEZ AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants BCFORWARD RAZOR LLC ("BCForward") and BUCHER AND CHRISTIAN CONSULTING, INC. ("Bucher") (collectively "Defendants"), by and through their counsel of record, submits this Notice of Removal of Action ("Notice of Removal") and, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby remove to this Court the state action described below:

This Notice is based upon the original jurisdiction of the federal district court over the parties under 28 U.S.C. § 1331 ("Section 1331") based upon the existence of a federal question.

Defendants makes the following allegations in support of its Notice of Removal:

### I. JURISDICTION

This Court has original jurisdiction under Section 1331, and this case may be removed pursuant to the provisions of 28 U.S.C. § 1441(c) in that it is a civil action that presents a federal question. As set forth below, this case meets all of Section 1331's requirements for removal and is timely and properly removed by the filing of this Notice.

### II. VENUE

Plaintiff Jesse Rodriguez ("Plaintiff") filed this action in the Superior Court of California for the County of Santa Clara ("Santa Clara County Superior Court"). Thus, venue for removal properly lies in the United States District Court for the Northern District of California (28 U.S.C. § 84(a), 1446) and this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) because this district embraces the place in which the removed state action is and has been pending.

### III. TIMELINESS OF REMOVAL

This Notice of Removal is timely in that 28 U.S.C. § 1446(b) requires that a notice of removal in a civil action must be filed within thirty (30) days after service of the summons and complaint. 28 U.S.C. § 1446(b). Plaintiff filed his Complaint in the Santa Clara County Superior Court on April 23, 2018. BCForward was served with the Complaint on April 30, 2018. Bucher was served with the Complaint on April 30, 2018. Accordingly, this Notice of Removal is timely.

### IV. PLEADINGS, PROCESS, AND ORDERS

This action arises out of Plaintiff's employment with BCForward. On April 23, 2018, Plaintiff filed a putative wage-and-hour class and collective action complaint in the Superior Court of the State of California in and for the County of Santa Clara, entitled *Jesse Rodriguez, an individual, on behalf of himself and others similarly situated v. BCForward Razor LLC, an Indiana Limited Liability Company, Bucher and Christian Consulting, Inc., an Indiana Corporation; and Does 1-50, inclusive*, Case Number 18CV327032, ("Complaint") alleging

failure to pay wages and record hours worked in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, 206, 207 (Compl., ¶¶ 69-79), and for violations of various California state wage and hour laws, including: (1) failure to pay minimum wages under California Labor Code §§ 1194(a), 1197, and 1197.1; (2) failure to pay wages and overtime under California Labor Code § 510; (3) failure to provide meal breaks under California Labor Code § 226.7; (4) failure to provide rest breaks under California Labor Code § 226.7; (5) failure to provide accurate wage statements under California Labor Code § 226(a); (6) unlawfully collecting or receiving employee wages under California Labor Code § 221; (7) failure to timely pay all final wages under California Labor Code §§ 201-203; and (8) unfair business competition under California Business and Professions Code §§ 17200, *et seq.*

On April 30, 2018, Plaintiff served Defendants with his Summons, Complaint, and related court documents. True and correct copies of the Summons, Complaint, and other related court documents received by Defendants are attached collectively hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1446(a), the attached exhibits constitute all process, pleadings and orders served upon Defendants or filed or received in this action by Defendants.

V.   **CONSENT**

All named Defendants in this action consent to this removal.

V.   **FEDERAL QUESTION JURISDICTION**

This Court has original jurisdiction over this action pursuant to federal question jurisdiction. 28 U.S.C. § 1331. Specifically, the district courts of the United States have original jurisdiction over all civil actions that pose a federal question, such that the action arises under the Constitution, laws, or treaties of the United States. *Id.*

Plaintiff's Complaint arises under and relates to the FLSA, a federal statute, and therefore, removal is proper. In his Third Cause of Action, Plaintiff alleges that BCForward failed to pay him and other employees nationwide all wages and failed to record hours worked in accordance with the FLSA. (Exh. A, Compl., ¶¶ 69-79.)

Accordingly, this lawsuit falls directly under the civil enforcement provisions of the FLSA and presents a federal question. It is well established that actions brought under the FLSA are

removable to federal court. *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 695-696 (2003) (claim for alleged violation of the FLSA provides basis for federal question removal). Accordingly, Defendants may remove this case to this Court pursuant to Section 1331 and 28 U.S.C. § 1441(b) because it is a civil action that arises under the laws of the United States.

## VI. SUPPLEMENTAL JURISDICTION

Plaintiff's Complaint alleges a total of nine causes of action, including the cause of action for failure to pay wages and record hours worked under the FLSA. The remaining eight causes of action alleged in the Complaint are based on the same factual allegations relating to Plaintiff's employment with BCForward. This Court has supplemental jurisdiction over Plaintiff's state law wage-and-hour causes of action because such claims are sufficiently related to Plaintiff's claim under the FLSA, which presents a federal question and is within the Court's original jurisdiction, that they form part of the same case or controversy. 28 U.S.C. § 1367(a). *See Rivera v. Rivera*, No. 10-CV-01345-LHK, 2011 U.S. Dist. LEXIS 52728 (N.D. Cal. May 17, 2011) (court found supplemental jurisdiction existed over plaintiffs' California Labor Code and UCL claims based on court's federal question jurisdiction over FLSA overtime claim). Further, Plaintiff's state law claims do not involve any novel or complex issue of state law, do not substantially predominate over Plaintiff's FLSA cause of action, and no exceptional or compelling circumstances exist for this Court to decline jurisdiction. 28 U.S.C. § 1367(a).

## VII. NOTICE TO THE STATE COURT AND PLAINTIFF

Following the filing of this Notice of Removal in the United States District Court for the Northern District of California, Defendants will promptly serve Plaintiff with this Notice of Removal and will file a copy of this Notice with the clerk of the Santa Clara County Superior Court, the state court in which the action is pending, as required under 28 U.S.C. § 1446(d).

///
///
///
///
///

## VIII. CONCLUSION

Based on the foregoing, Defendants respectfully requests that this action be removed to this Court. If any question arises as to the propriety of the removal of this action, Defendants respectfully requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

Dated: May 30, 2018                                         JACKSON LEWIS P.C.


By:   /s/ Theresa Mak
      Theresa Mak
      Amelia L. Sanchez-Moran
      Kevin L. Quan
      Attorneys for Defendant
      BCFORWARD RAZOR LLC AND
      BUCHER AND CHRISTIAN
      CONSULTING, INC.