DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
David@yeremianlaw.com
Jason Rothman (SBN 304961)
Jason@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

UNITED EMPLOYEES LAW GROUP, PC
Walter Haines (SBN 71075)
whaines@uelg.com
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone: (310) 652-2242

Attorneys for Plaintiff Jesse Rodriguez,
on behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RODRIGUEZ, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BCFORWARD RAZOR LLC, an Indiana Limited Liability Company, BUCHER AND CHRISTIAN CONSULTING, INC., an Indiana Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-03219-EJD<br><br>*[Assigned for all purposes to the Honorable Edward J. Davila]*<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND SETTING FINAL APPROVAL HEARING**<br><br>*[filed concurrently with Plaintiff's Memorandum of Points and Authorities; Declaration of David Yeremian; and [Proposed] Order]*<br><br>Date:   June 13, 2019<br>Time:   9:00 a.m.<br>Dept.:   1 |

MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **June 13, 2019**, at **9:00 a.m.** or as soon thereafter as counsel may be heard, in Courtroom 1 of this Court, located at 280 1st Street, San Jose, CA 95113, before the Honorable Edward J. Davila, Plaintiff Jesse Rodriguez ("Plaintiff") will and hereby does move this Court for an order:

1. Granting preliminary approval of the proposed class action settlement;
2. Granting conditional certification of the settlement class;
3. Appointing Plaintiff and his Counsel as Class Representative and Class Counsel, respectively;
4. Appointing IYLM Group, Inc. as the Claims Administrator;
5. Approving Notice of Class Action Settlement and proposed timeline for administration; and
6. Scheduling a fairness hearing for final approval of the Settlement on August 29, 2019.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and other documents filed herewith, including the Settlement Agreement, the Declarations of David Yeremian and any exhibits, the [Proposed] Order granting preliminary approval as addressed above, and the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

DATED: May 3, 2019             DAVID YEREMIAN & ASSOCIATES, INC.

                               By:   /s/ David Yeremian
                                     David Yeremian
                                     Jason Rothman
                                     Attorneys for Plaintiff Jesse Rodriguez and the
                                     putative Classes