United States District Court
Northern District of California

1

2

3

4                               UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6                                      SAN JOSE DIVISION

7

8    JESSE RODRIGUEZ,                            Case No.  5:18-cv-03219-EJD

             Plaintiff,

9                                                **ORDER DIRECTING PLAINTIFF TO**
     v.                                          **SUBMIT SUPPLEMENTAL BRIEFING**
10                                               **IN SUPPORT OF MOTION FOR**
     BCFORWARD RAZOR LLC, et al.,                **PRELIMINARY APPROVAL**
11
             Defendants.
12

13         Plaintiff Jesse Rodriguez brought this putative class action suit against Defendants

14   asserting various wage and hour claims.  Plaintiff's claims are premised on allegations that (1)

15   Plaintiff and others who are employed as Customer Service Representatives ("CSRs") should have

16   been paid for time spent "pass[ing] through a security terminal" and "building security"; (2) CSRs

17   had to "boot up" their computers before they could manually input their time into Defendants'

18   timekeeping system; and (3) CSRs skipped meal and rest breaks or took short meal and rest breaks

19   to meet customer response deadlines.  Complaint ¶¶ 11, 12, 19.

20         Plaintiff's unopposed motion for preliminary approval of class and collective action

21   settlement is scheduled for hearing on June 13, 2019.  In the motion, Plaintiff represents, among

22   other things, that (1) he has learned that his work location (and other work locations in California)

23   did not have a "security terminal" and that class members did not pass through "building

24   security"; (2) customer response deadlines did not apply to all CSRs equally; (3) it has been

25   Defendant's policy and practice that all employees in California and new hires receive and

26   acknowledge receipt of wage and hour policies and afforded the opportunity to review and sign

27

28   Case No.: 5:18-cv-03219-EJD
     ORDER DIRECTING PLAINTIFF TO SUBMIT ADDITIONAL BRIEFING IN SUPPORT OF
     MOTION FOR PRELIMINARY APPROVAL
                                                 1

1   meal period waivers; (4) CSRs are required to review their time entered for the week and confirm

2   that it is complete and accurate, and affirm that they have been afforded an opportunity to take

3   meal and rest breaks; and (5) CSRs do not "boot" up their computers while off-the-clock.  In light

4   of these representations, the court questions whether Plaintiff has standing.  Accordingly, no later

5   than June 10, 2019, Plaintiff shall file and serve supplemental briefing addressing standing.  "A

6   court is powerless to approve a proposed class settlement if it lacks jurisdiction over the dispute,

7   and federal courts lack jurisdiction if no named plaintiff has standing." *See Frank et al. v. Gaos et*

8   *al.,* 139 S.Ct. 1041 (2019)

9        **IT IS SO ORDERED.**

10   Dated: June 3, 2019

11   _____

        EDWARD J. DAVILA

12      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Case No.: 5:18-cv-03219-EJD
     ORDER DIRECTING PLAINTIFF TO SUBMIT ADDITIONAL BRIEFING IN SUPPORT OF
     MOTION FOR PRELIMINARY APPROVAL

United States District Court
Northern District of California