1  DAVID YEREMIAN & ASSOCIATES, INC.
   David Yeremian (SBN 226337)
2  David@yeremianlaw.com
   Jason Rothman (SBN 304961)
3  Jason@yeremianlaw.com
   535 N. Brand Blvd., Suite 705
4  Glendale, California 91203
   Telephone: (818) 230-8380
5  Facsimile: (818) 230-0308

6  UNITED EMPLOYEES LAW GROUP, PC
   Walter Haines (SBN 71075)
7  walterhaines@yahoo.com
   5500 Bolsa Ave., Suite 201
8  Huntington Beach, CA 92649
   Telephone: (310) 652-2242

9  Attorneys for Plaintiff Jesse Rodriguez,
   on behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RODRIGUEZ, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BCFORWARD RAZOR LLC, an Indiana Limited Liability Company, BUCHER AND CHRISTIAN CONSULTING, INC., an Indiana Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-03219-EJD<br><br>*[Assigned for all purposes to the Honorable Edward J. Davila]*<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING FOR PRELIMINARY APPROVAL FOR CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date: June 12, 2019<br>Time: 09:00 a.m.<br>Dept. Courtroom 4<br><br><br>Complaint Filed: April 23, 2018<br>Trial Date:      None Set |

1     Plaintiff Jesse Rodriguez ("Plaintiff") respectfully requests that his counsel be allowed to appear by telephone at the hearing for Preliminary Approval for the Class and Collective Action Settlement (the "Motion"), set for June 12, 2019 at 9:00 a.m. Plaintiff and Defendants BCFORWARD RAZOR LLC and BUCHER AND CHRISTIAN CONSULTING, INC ("Defendants") (collectively referred to as the "Parties").

    Plaintiff's counsel requests to make this telephonic appearance due to being located in Los Angeles, California, and the Motion being uncontested by Defendants.

    Plaintiff does not anticipate opposition to this request by any other parties in this action. Plaintiff's counsel can be reached at (818) 230-8380 or can appear at the Initial Case Management Conference via CourtCall.

DATED:  June 3, 2019　　　　　　　　　　　　DAVID YEREMIAN & ASSOCIATES, INC.


　　　　　　　　　　　　　　　　　　　　　　By __/s/ David Yeremian_____
　　　　　　　　　　　　　　　　　　　　　　David Yeremian
　　　　　　　　　　　　　　　　　　　　　　Jason Rothman
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Jesse Rodriguez, and
　　　　　　　　　　　　　　　　　　　　　　all others similarly situated