DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
David@yeremianlaw.com
Jason Rothman (SBN 304961)
Jason@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

UNITED EMPLOYEES LAW GROUP, PC
Walter Haines (SBN 71075)
walterhaines@yahoo.com
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone: (310) 652-2242

Attorneys for Plaintiff Jesse Rodriguez,
on behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RODRIGUEZ, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BCFORWARD RAZOR LLC, an Indiana Limited Liability Company, BUCHER AND CHRISTIAN CONSULTING, INC., an Indiana Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  5:18-cv-03219-EJD<br><br>*[Assigned for all purposes to the Honorable Edward J. Davila]*<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING FOR FINAL APPROVAL FOR CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date:  October 17, 2019<br>Time: 09:00 a.m.<br>Dept.  Courtroom 4<br><br><br>Complaint Filed:  April 23, 2018<br>Trial Date:        None Set |

1     Plaintiff Jesse Rodriguez ("Plaintiff") respectfully requests that his counsel be allowed to appear by telephone at the hearing for Final Approval for the Class and Collective Action Settlement (the "Motion"), set for October 17, 2019 at 9:00 a.m.

    Plaintiff's counsel requests to make this telephonic appearance due to being located in Los Angeles, California, and the Motion being uncontested by Defendants BCFORWARD RAZOR LLC and BUCHER AND CHRISTIAN CONSULTING, INC. ("Defendants")

    Plaintiff does not anticipate opposition to this request by any other parties in this action. Plaintiff's counsel can be reached at (818) 230-8380 or can appear at the Initial Case Management Conference via CourtCall.

DATED: October 3, 2019                    DAVID YEREMIAN & ASSOCIATES, INC.

                                            By __/s/ David Yeremian_____
                                                   David Yeremian
                                                   Jason Rothman
                                                   Attorneys for Plaintiff Jesse Rodriguez, and
                                                   all others similarly situated